IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JULIE BUSE,           Plaintiff | ) ) ) |
| v. | ) ) ) CAUSE NO. 3:17-cv-214 |
| JAMES M. WILKINSON and ASA LOGISTICS, LLC,           Defendants | ) ) ) ) ) ) |

## NOTICE OF REMOVAL

Comes the Defendant, ASA Logistics, LLC (hereinafter "ASA Logistics"), by Counsel, and for its Notice of Removal of this lawsuit to the United States District Court for the Southern District of Indiana at Evansville, hereby state as follows:

1. ASA Logistics is a named defendant in a lawsuit filed by Julie Buse in the Vanderburgh Superior Court I, Vanderburgh County, Indiana, designated as Cause No. 82D01-1706-CT-003170. ASA Logistics has not yet been served with the Plaintiff's Complaint, but it received informal notice of this suit after Plaintiff's counsel forwarded a courtesy copy of the Amended Complaint to the undersigned counsel. The undersigned counsel is accepting service on behalf of ASA Logistics effective December 3, 2017. Copies of the Plaintiff's Summons and Amended Complaint and ASA Logistics' Answer to the Amended Complaint are attached hereto as Exhibit 1, as required by 28 U.S.C. § 1446(a). These are the only pleadings directed to or filed by ASA Logistics in this action.

2. This action is a civil action wherein the Plaintiff seeks an unspecified and unlimited amount of damages allegedly sustained as a result of a motor vehicle accident, which occurred on or about June 12, 2015. The Plaintiff alleges that she suffered serious injuries, pain and suffering, medical expenses, and lost wages. She also contends that she is continuing to treat for her injuries and that her medical expenses continue to accumulate. In addition, she maintains that her pain and suffering is ongoing.

3. Upon information and belief, the Plaintiff is now and was at the time of the subject accident a resident of the State of Indiana (the Crash Information Exchange form prepared by the Vanderburgh County Sheriff's Office as a result of the accident lists her address as 2267 Cherry Lane, Evansville, Indiana) (*See* Exhibit 2).

4. Upon information and belief, Wilkinson is now and was at the time of the accident a resident of Ohio with an address of 1318 Young Street, Middletown, Ohio 45040. Wilkinson is not now nor was he at the time of the events referenced in the Plaintiff's Complaint a citizen of the State of Indiana. (*See* Exhibit 2).

5. ASA Logistics is an Ohio limited liability company with its principal place of business located at 1105 Schrock Road, Suite 200, Columbus, Ohio 43229. Its members are not now nor were they at the time of the subject accident resident citizens of the State of Indiana. (*See* Exhibit 3).

6. This action is one over which the Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and is one that ASA Logistics may remove to this Court pursuant to 28 U.S.C. § 1441(a) because this is an action between citizens of different states.

7. Although the Amended Complaint is silent regarding the amount of claimed damages, the Plaintiff's pre-suit settlement demand exceed $75,000.00. Consequently, the amount in controversy (exclusive of interest and costs), exceeds the sum of $75,000.00.

8. This Notice is filed within thirty (30) days after receipt of the initial pleading setting forth the claim for relief in this action and the time for filing this Notice under the statutes of the United States is not yet expired.

9. This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendant, ASA Logistics, LLC, by Counsel, hereby notifies the Court of its removal of this action from the Vanderburgh Superior Court in Vanderburgh County, Indiana.

                Respectfully submitted,

                SCHILLER BARNES MALONEY PLLC

                /s/ ***Michael S. Maloney***

                Michael S. Maloney
                SCHILLER BARNES MALONEY PLLC
                401 W. Main Street, Suite 1600
                Louisville, KY 40202
                PH:   (502) 583-4777
                FAX: (502) 583-4780
                mmaloney@sbmkylaw.com
                *Counsel for Defendant, ASA Logistics, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the **22nd** day of December, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

David W. Kent, Atty. # 16440-82
JOHNSON CARROLL NORTON KENT & GOEDDE
2230 W. Franklin Street
P.O. Box 6016
Evansville, IN 47719-0016
*Counsel for Plaintiff*


*/s/ Michael S. Maloney*

SCHILLER BARNES MALONEY PLLC