IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JULIE BUSE,<br>　　　　Plaintiff<br><br>v.<br><br>JAMES M. WILKINSON and<br>ASA LOGISTICS, LLC,<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)　CAUSE NO. 3:17-cv-214-RLY-MPB<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

**THIS CAUSE** having come before the Court on the parties Stipulation of Dismissal, and the Court, having reviewed such stipulation, and the matters and things contained therein, and being duly advised in the premises, now finds that said Stipulation of Dismissal should be approved in all respects.

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED** that the cause of action entitled, *Julie Buse v. James m. Wilkinson and ASA Logistics, LLC*, pending under Cause No. 3:17-cv-214-RLY-MPB, be and hereby is DISMISSED, with prejudice, costs paid.

**SO ORDERED THIS 7th day of May, 2019.**

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record